# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00271-CV

**GGH Management, LLC; Mike Avera; and John Francese, Appellants**

**v.**

**Jim Knox Munnerlyn III, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-002210, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants GGH Management, LLC; Mike Avera; and John Francese have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellants' Motion

Filed: September 16, 2021